C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HAROLD D.E.,

              Petitioner,

      v.

TONYA ANDREWS, et al.,

              Respondents.

No. 1:26-cv-00680-TLN-JDP

**ORDER**

Petitioner Harold D.E.,[1] an immigration detainee represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 11.) No party has filed objections to the findings and recommendations.

///

---

[1]     As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only his first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 5, 2026 (ECF No.11), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (ECF No. 1) is DENIED;

3. Respondents' motion to dismiss (ECF No. 9) is GRANTED; and

4. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Date: March 31, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2